STATE OF NEW JERSEY, DEFENDANT-RESPONDENT, v. JOHN LOUIS MERTZ, DEFENDANT-PETITIONER.

*Mr. Charles T. Murphy, Jr.* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. Abel Goldstein* for the respondent.

May 14, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN JOSEPH HESLIP, DEFENDANT-PETITIONER.

See same case below: 99 *N. J. Super.* 97.

*Mr. William R. Holzapfel* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

May 14, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT EDWARD HARPER, A/K/A JAMES MC CLAIN, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Edward J. Insley* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

May 14, 1968. Denied.